No. 760, Misc. EASTMAN *v.* LAVALLEE, WARDEN. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for respondent.

No. 979. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* DENVER & RIO GRANDE WESTERN RAILROAD CO. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Wayland K. Sullivan, James L. Highsaw, Jr.* and *Philip Hornbein, Jr.* for petitioners. *Ray Garrett* and *Howard J. Trienens* for respondent.

No. 966. PRASSINOS *v.* DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. Motion to dispense with printing the petition for writ of certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 953. FOLEY LUMBER INDUSTRIES, INC., *v.* BUCKEYE CELLULOSE CORP. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Chester Bedell* for petitioner. *Richard W. Barrett* and *J. Lewis Hall* for respondent.

No. 666, Misc. WALKER *v.* McGINNIS, COMMISSIONER, ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Irving Galt,* Assistant Attorney General, for respondents.